IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN ALANZO HOGARTH II, | No. C -13-02408 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| ASSET ACCEPTANCE LLC ET AL, | |
| Defendant. | |

On May 28, 2013, Plaintiff filed a civil action against an entity called Asset Acceptance, which appears to be a debt collection agency. It appears that Asset Acceptance tried to collect on a debt of $3,469.00 from Plaintiff. Plaintiff has not paid the case filing fee nor has he completed an application to proceed in forma pauperis. Instead, Plaintiff filed a "Non-Negotiable Bill of Exchange" which purports to be a statement by Plaintiff adding the filing fee to his tax estimate for use by the "Republic."

Under 28 U.S.C. § 1915(a), "[a]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." Plaintiff has not provided the Court with an application to proceed in forma pauperis or any other similar affidavit providing information about Plaintiff's financial condition from which the Court can determine whether he is unable to pay the filing fee. Accordingly, no later than June 17, 2013, Plaintiff shall file an application to proceed in forma pauperis (which is available in the Clerk's Office at the courthouse at 450 Golden Gate Avenue in San Francisco, or on the Court's website at www.cand.uscourts.gov) providing information about Plaintiff's financial condition. If Plaintiff fails to meet this deadline or files a document that does not comply with this Order, his case may be

1 | dismissed.

2 | **IT IS SO ORDERED.**

3 | Dated: June 6, 2013

4 | ELIZABETH D. LAPORTE
United States Chief Magistrate Judge