IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN ALANZO HOGARTH II, | No. C 13-02408 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| ASSET ACCEPTANCE LLC, *et al.*, | |
| Defendants. | |

On May 28, 2013, *pro se* plaintiff Hogarth filed an action against defendants regarding a disputed payment of a debt plaintiff owes to Asset Acceptance. On August 14, 2013, the Court adopted Magistrate Judge Laporte's Report and Recommendation to dismiss the complaint with leave to amend, because it failed to include a short and plain statement of the claim showing that the pleader is entitled to relief. Additionally, the Court ordered Hogarth, pursuant to Local Rule 3-11, to notify the Court of a change of address. The amended complaint and address notification were due on September 6, 2013. Plaintiff has neither filed an amended complaint, nor notified the Court of a change of address. Plaintiff has also not asked the Court for an extension of time.

Accordingly, the Court DISMISSES the case without prejudice.

**IT IS SO ORDERED.**

Dated: September 10, 2013

SUSAN ILLSTON
United States District Judge