IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWEN ALANZO HOGARTH II, | No. C 13-02408 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ASSET ACCEPTANCE LLC, *et al.*, | |
| Defendants. | |

Plaintiff's case was dismissed without prejudice for failure to prosecute. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 10, 2013

SUSAN ILLSTON
United States District Judge